UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PATRICIA KENNEDY**, Individually,

       Plaintiff,

v.

                                               Case No; 2:16-cv-14364-DMM

**JOMAR, LLC**, and **BRE DDR IVB WEDGEWOOD, FL, LLC**.,

       Defendants,
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH RESPECT TO WEDGEWOOD, FL. LLC.**

    Plaintiff, Patricia Kennedy, by and through her undersigned counsel, and pursuant to

to Rule 41(a)(1)(A)(I), *Fed.R.Civ.P*., hereby takes a voluntary dismissal of this case as to

Defendant, Wedgewood Fl, LLC., This dismissal is with prejudice.

       **I HEREBY CERTIFY** that, on November 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                            Thomas B. Bacon, P.A.
                                            621 South Federal Highway, Suite Four
                                            Fort Lauderdale, Florida 33301
                                            954-462-0600
                                            fax 954-462-1717
                                            cullen@thomasbaconlaw.com
                                            Florida Bar. Id. No. 167853

                                            By:*/s/ Philip Michael Cullen, III,*