UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-14364-CV-MIDDLEBROOKS

PATRICIA KENNEDY,

    Plaintiff,

v.

JOMAR, LLC, and BRE DDR IVB
WEDGEWOOD, FL, LLC,

    Defendants.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant BRE DDR IVB WEDGEWOOD, FL, LLC, filed on November 16, 2016. (DE 24). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 17 day of November, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record